UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY FULLER, et al.,

    Plaintiffs,                                    Case No. 1:19-cv-28

v.                                                  Hon. Hala Y. Jarbou

SELECT PORTFOLIO SERVICING, INC.,
et al.,

    Defendants.
_____/

## **ORDER**

On March 2, 2021, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that defendants' motions to dismiss (ECF Nos. 9 and 11) be granted and this action be dismissed. (ECF No. 28). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on March 17, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Orlans PC's Motion to Dismiss (ECF No. 9) and Defendants JPMorgan Chase Bank, N.A. and Select Portfolio Servicing, Inc's Motion to Dismiss (ECF No. 11) are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

Date:   March 18, 2021                        /s/ Hala Y. Jarbou
                                                                       HALA Y. JARBOU
                                                                       UNITED STATES DISTRICT JUDGE